AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**MICHAEL GENE REED**
**DOB: x/xx/xx**

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __June 13, 2008__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**knowingly travel into the District of Columbia from the State of Maryland for the purpose of engaging in illicit sexual conduct,  that is a sex act  as defined in 18 U.S.C. 2246(2), specifically, contact between the penis and the vulva, with a person under  18 years of age and said sexual act would be a violation of Chapter 109A of Title 18 United States Code, specifically 18 U.S.C. 2243,  if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.**

in violation of Title __18__ United States Code, Section(s) __2423(b)__.

I further state that I am __**DETECTIVE TIMOTHY PALCHAK**__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE TIMOTHY PALCHAK**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____    at    **Washington, D.C.**
Date                                                                                       City and State

_____          _____
Name & Title of Judicial Officer                              Signature of Judicial Officer

STATEMENT OF FACTS

      Your affiant, Detective Timothy Palchak is a Metropolitan Police detective assigned to the Metropolitan Police Department/Federal Bureau of Investigation Innocent Images Task Force. On June 9, 2008, your affiant was working on-line in an undercover capacity in a location within the District of Columbia. At approximately 11:45 a.m. I was contacted in a Yahoo fetish chatroom by individual later identified as the defendant, MICHAEL GENE REED, who was using the e-mail address "horneydad08" and the screen name "Jake Edwards". Your affiant used the screen name "james p". During the on-line conversation which lasted approximately 45 minutes, the defendant indicated that he had a sexual preference for young children and wanted badly to have sex with a preteen age girl. Your affiant claimed to have access to a 12 year old girl with whom he had sex on a regular basis, that I met the child through her mother, a prostitute, and that the mother allowed him to have sex with the child in a hotel in exchange for money.

      The defendant immediately asked whether he too could engage in sex with the child, and asked your affiant numerous questions concerning the sex acts the child would engage in including vaginal, anal and oral sex and whether the child would be able to engage in sexual intercourse with two adult males. In the conversation, the defendant stated that he had child pornography on his computer and referenced a well know series of child pornography in which a prepubescent child, a known victim, is depicted engaging in sex acts with her father. In the conversation, the defendant advised your affiant of his telephone in order that he and your affiant could discuss arrangements for the defendant to meet the child.

      In subsequent on-line and telephone conversations your affiant and the defendant agreed to the arrangements for the defendant to meet with your affiant on Friday, June 13, 2008, and then to have sex with the child in a hotel in the District of Columbia. Initially, the defendant offered to exchange child pornography for access to the girl; in a later conversation he expressed concern that your affiant might be a law enforcement officer and said he would not bring the child pornography to the meeting. The defendant also stated that he wanted to perform fellatio on me in the bathroom of the restaurant in which they were going to have their initial meeting in order to satisfy himself that I was not a law enforcement officer. Your affiant agreed and said that he made arrangements for the child to be brought to a hotel next to the restaurant where we would go to engage in sex after the initial meeting.

      At approximately June 13, 2008, at approximately 10:42 a.m. your affiant spoke with the defendant by telephone. The defendant advised that he was traveling to the District of Columbia via the Beltway and that he was about an hour away; he was running late At approximately 11:40 a.m. the defendant arrived at the restaurant agreed upon as the meeting place and met with your affiant whom he called "James". He acknowledged that he was "Jake." The defendant asked how long it would be for the girl to arrive at the hotel and then he and your affiant agreed to go to the men's room where the defendant would perform fellation briefly on your affiant to confirm that I was not a police officer. The defendant was placed under arrest when he entered the men's room.

      During the investigation of this case, through administrative subpoenas to the service provider it was determined that the Internet Protocol addresses used by "horneydad08" in communications with your affiant resolved to Michael Gene Reed residing at 602 St. George's Station, Reisterstown, Maryland 21136. Further investigation determined that Michael Gene Reed was born on September 11, 1978.

      The sexual acts that the defendant stated he wished to engage in with the fictitious twelve year old child are sex acts the commission of which would be a violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

                                                             DETECTIVE TIMOTHY R. PALCHAK
                                                           Metropolitan Police Department

Sworn and subscribed to before me this _____ day of June 2008.