AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Michael G. Reed | WAIVER OF PRELIMINARY<br>EXAMINATION OR HEARING<br>(Rule 5 or 32.1, Fed. R. Crim. P.)<br><br>Case Number: 08-379-M-01<br><br>**FILED**<br>JUN 2 7 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

I, __Michael G. Reed__, charged in a (complaint) (petition) pending in this District with __Travel with Intent__

in violation of Title __18__, U.S.C., __2423(b)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

__6/27/08__
Date

_____
Counsel for Defendant